# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT VALENTE,

        Defendant,

and

ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.,

        Garnishee.

Civil Action No. 1:18-CV-315

Criminal Action No. 1:15-CR-124

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1 6 2018
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## ANSWER OF THE GARNISHEE

__Brian Farley_____, being duly sworn deposes and says:
(Name of Person Answering)

CHOOSE ONE AS APPLICABLE:

☐ **GARNISHEE IS AN INDIVIDUAL OR PARTNERSHIP:**

That I am the Garnishee herein doing business in the name of

_____
(Provide Full Name and Address of Business)

☒ **GARNISHEE IS A CORPORATION:**

That I am _Executive VP, General Counsel, & Chief Administrative Officer_ of Garnishee _Allscripts Healthcare Solutions,_
(Position Title)
Inc.; 222 Merchandise Mart, Suite 2024; Chicago, IL 60654
(Full Name/Address of Corporation)

Organized under the laws of the State of _____Delaware_____

On  April 2,            , 2018, Garnishee was served with the Writ of Garnishment. If, **as of the date of service of said Writ**, Garnishee was in custody, control or possession of non-earnings' property in which the above-named defendant has a financial or legal interest, proceed to Letter A below. If, **as of the date of service of said Writ**, Garnishee was **not** in custody, control or possession of such property, sign, date, notarize and return this Answer of the Garnishee.

A.     For non-earnings property presently in your custody, control or possession, indicate the following:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| 1. _____ | $ _____ | _____ |
| 2. _____ | $ _____ | _____ |
| 3. _____ | $ _____ | _____ |
| 4. _____ | $ _____ | _____ |

**TOTAL VALUE OF PROPERTY $       n/a          **

B.     If the non-earnings' property listed above is currently subject to previously-served garnishments or Court Orders, provide the information requested below: (If the noted non-earnings' property is **not** currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**TOTAL DUE UNDER PREVIOUSLY-SERVED GARNISHMENTS/ORDERS**     $     n/a

C. Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

    a. Enter the amount listed on the "Total Value of Property" line In Letter A above.     $ _____n/a_____

    b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Letter B above (including "$0.00")     $ _____n/a_____

    c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a")     $ _____n/a_____

If you do <u>not</u> claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further Order of the Court. (Note, the debtor is responsible under this garnishment for <u>all</u> interest that may accrue on this debt through the date on which payment in full is sent to the defendant.)

If you <u>do</u> contend that some portion of the amount stated on Line "c" above is <u>not</u> subject to this garnishment, indicate the reason(s) for your contention:

____ The Garnishee claims on behalf of the judgment debtor, the exemption noted on Line _____ of the Claim for Exemption Form. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $_____.

____ The Garnishee claims the following objections, defense, or right to set-off from the non-earnings' property available for this garnishment: _____

The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $_____.

**D.** The Garnishee mailed a copy of the Answer of Garnishee by First-Class, U.S. Mail to:

Counsel for the United States at:
    U.S. Attorney's Office
    Attn: Leslie B. Ducar, Paralegal Specialist
    James T. Foley Courthouse
    445 Broadway
    Albany, New York 12207

The Debtor at:
    FCI Fort Dix
    Reg. No. 21860-052
    PO Box 2000
    Joint Base MDL, NJ 08640

The Garnishee sent the <u>original</u> Answer of Garnishee, by First-Class Mail to:

    Clerk, U.S. District Court
    James M. Hanley Federal Building
    100 S. Clinton Street
    PO Box 7367
    Syracuse, NY 13261

_____
Signature of Garnishee

Sworn to and subscribed before me this

11th day of April, 2018.

_____
Notary Public

OFFICIAL SEAL
REGINA JUSTICE
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires June 29, 2019

ALLSCRIPTS, LLC
Suite #2024
222 W. Merchandise Mart Plz.
Chicago, Ill. 60654

 

U.S. POSTAGE
PAID
CHICAGO, IL
60654
APR 11, 18
AMOUNT
**$6.16**
R2304M115568-04

1000   13261

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
APR 1 6 2018
RECEIVED

Clerk, US District Court
James M. Hanley Federal Building
100 S Clinton Street
P.O. Box 7367
Syracuse, NY 13261

7015 0640 0000 2044 6103



CERTIFIED MAIL®

7015 0640 0000 2044 6103